IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICKY JOE WALLACE**                                                                    **PLAINTIFF**

**v.**                                          No: 4:20-cv-01469 JM

**DOES**                                                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 21st day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE